1368-14

# ELECTRONIC RECORD

| | | | |
|---|---|---|---|
| COA # | 07-13-00131-CR | OFFENSE: | 19.03 |
| STYLE: | Justin Wade Ragan v. The State of Texas | COUNTY: | Hood |
| COA DISPOSITION: | AFFIRMED | TRIAL COURT: | 355th District Court |
| DATE: 09/11/2014 | Publish: NO | TC CASE #: | CR12258 |

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Justin Wade Ragan v. The State of Texas

CCA #: 1368-14

_____PRO SE_____ Petition

CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 02/25/2015

JUDGE: Per Curiam

DATE: _____

JUDGE: _____

SIGNED: _____ PC: _____

PUBLISH: _____ DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**